IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TRAVIS WELLS                                                                                         PLAINTIFF

vs.                                         Civil No. 1:18-cv-01043

NANCY BERRYHILL                                                                                   DEFENDANT
Acting Commissioner, Social Security Administration

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is Plaintiff's Motion For Nonsuit. ECF No. 17. Plaintiff filed this Motion on February 12, 2019. *Id.* Defendant has not responded to this Motion, and the time to respond has expired. *See* Local Rule 7.2(b). Also before this Court is Defendant's Motion to Dismiss For Failure To Prosecute which was filed on February 5, 2018. ECF No. 15.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred these Motions to this Court for the purpose of making a report and recommendation. In accordance with that referral, this Court enters the following report and recommendation.

With this Motion For Nonsuit, Plaintiff requests his case be dismissed. ECF No. 17. Considering this Motion, the Court finds it is well-taken and recommends it be **GRANTED.** Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court also recommends this dismissal be without prejudice. Further, this Court recommends Defendant's Motion to Dismiss For Failure To Prosecute (ECF No. 15) be **DENIED AS MOOT.**

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely**

objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

ENTERED this 28th day of February 2019.

*s/ Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE