IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TRAVIS WELLS                                                                                    PLAINTIFF

v.                                       Case No. 1:18-cv-1043

NANCY BERRYHILL, Acting Commissioner,
Social Security Administration                                                                  DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on February 28, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. Judge Bryant recommends that Plaintiff's Motion for Nonsuit (ECF No. 17) be granted and that this matter be dismissed without prejudice. Judge Bryant, likewise, recommends that Defendant's Motion to Dismiss for Failure to Prosecute (ECF No. 15) be denied as moot. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, Plaintiff's Motion for Nonsuit (ECF No. 17) is hereby **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**. Likewise, Defendant's Motion to Dismiss for Failure to Prosecute (ECF No. 15) is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 15th day of March, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge